IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT ROLLERSON,

    Plaintiff,

v.

NANCY A. BERRYHILL
Acting Commissioner of the Social Security Administration,

    Defendant.

CIVIL ACTION
NO. 17-2377

## ORDER

**AND NOW**, this 9th day of January 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Doc. No. 14), Plaintiff's Objections to the Report and Recommendation (Doc. No. 15), Defendant's Response to Plaintiff's Objections (Doc. No. 17), the record in this case, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's request for review is **DENIED**; and
3. Judgement is entered in favor of **DEFENDANT**.

                                BY THE COURT:


                                /s/ Joel H. Slomsky
                                JOEL H. SLOMSKY, J.